UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GREGORY WILLIAMS, JR.,

                Plaintiff,                        Case No. 1:21-cv-1049

v.                                      Honorable Ray Kent

IONIA CORRECTIONAL FACILITY,

                Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal-law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:   January 7, 2022                /s/ Ray Kent
                                      Ray Kent
                                      United States Magistrate Judge